| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | GARY M. LEUIS<br>Special Assistant United States Attorney |
| 3 | MISDEMEANOR UNIT<br>2500 Tulare Street, Suite 4401 |
| 4 | Fresno, California 93721<br>Telephone: (559) 497-4000 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>UNITED STATES OF AMERICA |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EDWIN H. DANIELSON,<br><br>　　　　Defendant. | Case No. 1:18-po-00105-SAB<br><br>[Citation #6730189 CA/89]<br><br>MOTION AND ORDER FOR DISMISSAL |

　　　　The United States of America, by and through McGregor W. Scott, United States Attorney, and Gary M. Leuis, Special Assistant United States Attorney, hereby moves to dismiss Case No. 1:18-po-00105-SAB [Citation #6730189 CA/89] against EDWIN H. DANIELSON without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

| | | |
|---|---|---|
| DATED: August 27, 2018 | | Respectfully submitted,<br><br>McGREGOR W. SCOTT<br>United States Attorney |
| | By: | /s/ Gary M. Leuis<br>GARY M. LEUIS<br>Special Assistant United States Attorney |

1

# **O R D E R**

IT IS HEREBY ORDERED that Case Number 1:18-po-00105-SAB [Citations #6730189 CA/89] against EDWIN H. DANIELSON be dismissed without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: __August 27, 2018__

UNITED STATES MAGISTRATE JUDGE